**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

USA,

Plaintiff(s),

v.

Juan Manuel Barenas-Reynoso,

Defendant(s).

Case No.  19 CR 351-8
Judge  Sharon Johnson Coleman

## <u>ORDER</u>

Jury trial held. Jury deliberations begun and concluded. Jury returns a verdict of guilty as to count 7s of the superseding indictment. Post-trial motions to be filed by 6/23/2025. Responses to be file by 7/23/2025; replies to be filed by 8/6/2025. Once the matter is fully briefed, the Court shall take it under advisement. An in-person status hearing is set for 8/20/2025 at 11:00 AM. Trial ends – Jury.


Date:  4/24/2025

/s/Sharon Johnson Coleman
Sharon Johnson Coleman
United States District Court Judge